IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.:   3:13cr34/RV/EMT
3:14cv15/RV/EMT

JAMES E. ATIABI

## REPORT AND RECOMMENDATION

This matter is before the court upon Defendant's motion to voluntarily dismiss his pending motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 323). Defendant notes that the motion was filed prematurely, during the pendency of his direct appeal, and also that after consultation with a legal aid he realizes that the motion is legally defective. He thus seeks leave to voluntarily dismiss the motion without prejudice to his pursuit of a § 2255 motion, if appropriate, at a later date. Good cause having been shown, Defendant's request should be granted.[1]

Based on the foregoing, it is respectfully **RECOMMENDED**:

1. That the motion to voluntarily dismiss Defendant's pending motion to vacate, set aside, or correct sentence (doc. 323) be **GRANTED**.

2. That Defendant's motion to vacate, set aside or correct sentence (doc. 316) be **DISMISSED without prejudice**.

At Pensacola, Florida, this 12th day of March 2014.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The fact that Defendant's motion is dismissed without prejudice does not preclude a determination that a subsequently filed § 2255 motion is untimely or otherwise subject to dismissal.

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**