IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                              Case Nos.:     3:13cr34/RV/EMT
                                                               3:14cv15/RV/EMT

JAMES E. ATIABI

_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 12, 2014 (doc. 324).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

     Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.    The motion to voluntarily dismiss Defendant's pending motion to vacate, set aside, or correct sentence (doc. 323) is **GRANTED**.

     3.    Defendant's motion to vacate, set aside or correct sentence (doc. 316) is **DISMISSED without prejudice**.

     **DONE AND ORDERED** this 15th day of April, 2014.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**