IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.:   3:13cr34/RV/EMT
             3:14cv15/RV/EMT

JAMES E. ATIABI
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Defendant commenced this action by filing a "Motion Pursuant to 28 U.S.C. § 2255 to Set Aside or Correct Sentence, Submitted in Legal Affidavit Form" in March of 2015 (doc. 362). The court promptly entered a detailed order directing Defendant to file an amended § 2255 motion on the proper court form (doc. 363). In lieu of complying with this order, Defendant filed an "Affidavit in Response to the Magistrates [sic] Actions Intended to Subvert the Right of Habeas Corpus" (doc. 366). The court then entered another order directing Defendant to file an amended § 2255 motion on or before May 13, 2015 (doc. 367). Defendant was subsequently granted an extension to June 10, 2015, in which to file his amended motion (*see* docs. 368, 369). That time elapsed, and therefore on June 23, 2015, the court issued an order requiring Defendant to show cause, within twenty-one (21) days, why this action should not be dismissed for his failure to comply with an order of the court (doc. 381). Defendant has failed to file an amended § 2255 motion as instructed.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

At Pensacola, Florida, this 21st day of July 2015.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.